IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION


| | |
|---|---|
| THOMAS M. ROBERTS, | 3:10-CV-446-AC |
|       Plaintiff, | ORDER |
| v. | |
| MICHAEL J. ASTRUE,<br>Commissioner of Social<br>Security, | |
|       Defendant. | |


**DAVID B. LOWRY**
9900 S.W. Greenburg Road,
Columbia Business Center, Suite 130
Portland, OR 97223
(503) 245-6309

      Attorney for Plaintiff


1 - ORDER

**S. AMANDA MARSHALL**
United States Attorney
**ADRIAN L. BROWN**
Assistant United States Attorney
1000 S.W. Third Avenue, Suite 600
Portland, OR  97204-2902
(503) 727-1003
**DAVID MORADO**
Regional Chief Counsel
**BENJAMIN J. GROEBNER**
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 5th Avenue, Suite 2900 M/S 901
Seattle, WA  98104-7075
(206) 615-2494

   Attorneys for Defendant

**BROWN, Judge.**

  Magistrate Judge John V. Acosta issued Findings and Recommendation (#20) on October 11, 2011, in which he recommends this Court should affirm the decision of the Commissioner that Plaintiff is not disabled and is not entitled to benefits.

  Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, this Court is relieved of its obligation to review the record *de novo*.  *Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983)(rev'd on other grounds).  *See also Lorin Corp. v. Goto & Co.*, 700 F.2d 1202, 1206 (8th Cir. 1983).  Having reviewed the legal principles *de novo*, the Court does not find any error.

## CONCLUSION

The Court **ADOPTS** Magistrate Judge Acosta's Findings and Recommendation (#20). Accordingly, the Court **AFFIRMS** the decision of the Commissioner and **DISMISSES** this matter **with prejudice**.

IT IS SO ORDERED.

DATED this 21st day of December, 2011.


             /S/ Anna J. Brown
            ANNA J. BROWN
            United States District Judge

3 - ORDER