```
                    IN THE UNITED STATES DISTRICT COURT

                         FOR THE DISTRICT OF OREGON

                              PORTLAND DIVISION



THOMAS M. ROBERTS,                              3:10-CV-446-AC

         Plaintiff,                             JUDGMENT

v.

MICHAEL J. ASTRUE,
Commissioner of Social
Security,

         Defendant.
```

   Based on the Court's Order (#22) issued December 21st, 2011, the Court **DISMISSES** this matter.

   IT IS SO ORDERED.

   DATED this 21st day of December, 2011.


                                     /S/ Anna J. Brown
                                ANNA J. BROWN
                                United States District Judge


1 - JUDGMENT