IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **THOMAS M. ROBERTS,** | **3:10-CV-446-AC** |
| Plaintiff, | JUDGMENT |
| v. | |
| **MICHAEL J. ASTRUE,**<br>Commissioner of Social<br>Security, | |
| Defendant. | |

   Based on the Court's Order (#22) issued December 21st, 2011, the Court **DISMISSES** this matter.

   IT IS SO ORDERED.

   DATED this 21st day of December, 2011.

                                    /S/ Anna J. Brown
                                ANNA J. BROWN
                                United States District Judge

1 - JUDGMENT